# SUPREME COURT OF HAWAI'I

**November 21, 1997**

| | | |
|---|---|---|
| 19689 | Doe v. Doe | Vacated |
| 19761 | State v. Hluboky | Affirmed |

**January 5, 1998**

| | | |
|---|---|---|
| 20447 | State v. Brooks | Affirmed |
| 20418 | State v. Corpuz | Affirmed |
| 20288 | State v. Fotu | Affirmed |
| 20237 | State v. Kido | Affirmed |
| 19819 | State v. Klopping | Vacated |

**January 30, 1998**

| | | |
|---|---|---|
| 19716 | State v. Demarco | Affirmed |

**February 2, 1998**

| | | |
|---|---|---|
| 18714 | State v. Soriano | Reversed |
| 20604 | State v. Samonte | Affirmed |

**March 18, 1998**

| | | |
|---|---|---|
| 20742 | State v. Akahoshi | Affirmed |
| 20027 | State v. Jensen | Affirmed |

**March 19, 1998**

| | | |
|---|---|---|
| 20679 | Doe, In Interest of | Affirmed |

**March 24, 1998**

| | | |
|---|---|---|
| 20903 | Bisbee v. Administrative Director of the Courts, State of Hawai'i | Affirmed |
| 20765 | Doe In Interest of | Affirmed |
| 21103 | Malang v. Castillo | Affirmed |
| 20747 | State v. Kwan | Affirmed |
| 20823 | State v. Okamura | Affirmed |
| 20662 | State v. Simmons | Affirmed |

**March 20, 1998**

| | | |
|---|---|---|
| 20672 | State v. Kaoihana | Affirmed |
| 20715 | State v. Simeona | Affirmed |